UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gabriela G.,

              Petitioner,

v.

Kristi Noem, *in her capacity as Secretary of the United States Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Pamela Bondi, *in their official capacity as Attorney General of the United States*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

              Respondents.

File No. 26-cv-590 (ECT/EMB)

**ORDER**

Petitioner Gabriela G. has filed a Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT:**

1. Respondents are directed to file an answer to the Petition by no later than **January 25, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

b.   A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c.   Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d.   Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

e.   Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.   If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than **January 27, 2026**.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.   Respondents are hereby **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of her Petition.

Dated:  January 23, 2026                    s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court

2