# UNITED STATES DISTRICT COURT
## District of Minnesota

Gabriela Imelda Heredia Garcia

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00590-ECT-EMB**

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
2. Respondents shall release Petitioner from custody as soon as practicable, but not later than 48 hours after entry of this Order.

Date: 1/29/2026

KATE M. FOGARTY, CLERK